James P. RUES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67610.

Missouri Court of Appeals,
Western District.

March 25, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 29, 2008.

Application for Transfer Denied
June 24, 2008.

Elizabeth U. Carlyle, Columbus, MS, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. James P. Rues appeals from the denial of his Rule 29.15 post-conviction relief motion. He claims that his trial counsel was ineffective.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).